JAMES TALCOTT, Appellant, *v.* NATIONAL CREDIT INSURANCE COMPANY, Respondent.

*Talcott v. National Credit Ins. Co.*, 9 App. Div. 433, affirmed.
(Argued May 15, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Supreme Court, entered January 21, 1897, upon an order of the Appellate Division in the first judicial department, overruling plaintiff's exceptions ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial, and directing judgment for defendant upon a verdict directed at a Trial Term.

*Frederic R. Kellogg* for appellant.

*Wheeler H. Peckham* and *John B. Green* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not voting: MARTIN, J.

---

JAMES TALCOTT, Respondent, *v.* NATIONAL CREDIT INSURANCE COMPANY, Appellant.

*Talcott v. National Credit Ins. Co.*, 28 App. Div. 75, affirmed.
(Argued May 15, 1900; decided June 5, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May

**73**

12, 1898, modifying, and affirming as modified, a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Wheeler H. Peckham* and *John B. Green* for appellant.

*Frederic R. Kellogg* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, LANDON and WERNER, JJ.